IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| DIAMOND G. INSPECTION, INC. | § § | |
| V. | § § | NO. PE:18-CV-022 |
| ENGINEERED SOLUTIONS & CONSULTING, LLC | § § § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, based upon the Parties' Unopposed Motion for Dismissal With Prejudice (Doc. 9) filed October 30, 2018.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 31st day of October, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE